# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PHAM, TU M. | US DISTRICT COURT WD TENNESSEE | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME - MAGISTRATE JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

TU M PHAM, MAGISTRATE JUDGE
167 N MAIN STREET ROOM 338
MEMPHIS, TN. 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | FEDERAL BAR ASSOCIATION-MEMPHIS MID-SOUTH CHAPTER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | 401(K) WITH VANGUARD GROUP THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 2. | 1997 | DEFINED CONTRIBUTION PLAN WITH VANGUARD GROUP THROUGH PRIOR EMPLOYMENT WITH KIRKLAND & ELLIS LAW FIRM |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | SHELBY COUNTY TENNESSEE SCHOOLS - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | JUDGES' GENERAL AUTHORIZATION FUND | 02/22/13-02/23/13 | OXFORD, MISSISSIPPI | JUDGES' RETREAT | TRANSPORTATION |
| 2. | FEDERAL BAR ASSOCIATION | 05/30/13 | JACKSON, TENNESSEE | MAGISTRATE WORKSHOP | TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FEDERAL BUILDING FEDERAL CREDIT UNION | B | Int./Div. | L | T | | | | | |
| 2. SHELBY COUNTY SCHOOLS VALIC 403(B) | | | | | | | | | |
| 3. -DAVID NY VENTURE FUND | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 4. -COLUMBIA SMALL CAP VAL II | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 5. -AMERICAN FUNDS EUROPAC | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 6. -PIMCO TOTAL RET A | A | Int./Div. | K | T | Buy (add'l) | 02/06/13 | K | | |
| 7. CHICAGO PUBLIC SCHOOLS VALIC 403(B) | | | | | | | | | |
| 8. -LEGG MASON CAP MGMT | A | Int./Div. | | | Sold | 02/06/13 | J | A | |
| 9. -PRIMECAP ODYSSEY AGGR GROWTH | A | Int./Div. | J | T | Sold (part) | 02/06/13 | J | A | |
| 10. -BRIDGEWAY AGGESSIVE INV PORTFOLIO | A | Int./Div. | | | Sold | 02/05/13 | J | A | |
| 11. -WEITZ HICKORY FUND | A | Int./Div. | | | Sold | 02/05/13 | J | A | |
| 12. PIMCO TOTAL RET A | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 13. WEITZ PARTNERS III OPPORTUNITY FUND | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 14. VANGUARD DEF CONTR 401(K) HEALTH CARE FUND | A | Int./Div. | K | T | Sold (part) | 02/05/13 | K | A | |
| 15. VANGUARD DEF CONTR 401(K) RETIREE SAVINGS TRUST III | A | Int./Div. | J | T | Buy | 05/05/13 | J | | |
| 16. IRA #1 VANGUARD PRIMECAP CORE FUND | A | Int./Div. | J | T | | | | | |
| 17. IRA #11 LEGG MASON OPPORTUNITY TRUST FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #6 WEITZ HICKORY FUND | A | Int./Div. | | | Sold | 02/05/13 | J | A | |
| 19. IRA #7 PRIMECAP ODYSSEY AGGRESSIVE | A | Int./Div. | K | T | | | | | |
| 20. IRA #8 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 21. IRA #9 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 22. WEITZ PARTNERS III OPPORTUNITY FUND IRA #6A | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 23. WEITZ SHORT TERM INVESTMENT IRA #6B | A | Int./Div. | J | T | Buy | 02/06/13 | J | | |
| 24. COVERDELL #2 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 25. COVERDELL #3 PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 26. COVERDELL ESA #1 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 27. COVERDELL ESA #2 MAIRS & POWER GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 28. VASCULAR TECHNOLOGIES INC | A | Int./Div. | L | W | | | | | |
| 29. PERRITT ULTRA MICRO CAP FUND | A | Int./Div. | J | T | | | | | |
| 30. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA#10 | A | Int./Div. | J | T | | | | | |
| 31. BRIDGEWAY AGGRESSIVE INVESTORS 1 FUND IRA #12 | A | Int./Div. | J | T | | | | | |
| 32. CHICAGO PUBLIC SCHOOLS VALIC 403(B) | | | | | | | | | |
| 33. SCHWAB MONEY MARKET | A | Int./Div. | J | T | | | | | |
| 34. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHAM, TU M. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ TU M. PHAM**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544